### ABE THOMPSON VS. H. BORMAN.

GUNBY, J. It has been settled in our jurisprudence, since the decision in 9 R. 90, the fees of counsel for dissolving an illegal attachment will be allowed as special damages; but only the fees incurred for that purpose, and not in defending the suit on the merits, can be recovered.

2. Where defendant has changed his domicile pending the suit, and lives out of the Parish in which the suit is brought at the time of filing his answer, he may claim the damages for illegal attachment by way of reconvention. Act of 1839 nullifies C. P. 376, and said Article has been improperly retained in the Code.

---

### H. G. DOBSON VS. ABE THOMPSON.

TALBOT STILLMAN, J., *ad hoc.* An order of appeal which is not perfected by bond, does not prevent the appellant from obtaining another order of appeal within twelve months from the signing of the judgment.

2. A surety on a release bond taken in a sequestration suit cannot, when sued on the bond, set up the falsity of the allegations upon which the sequestration was obtained without alleging fraud. 27 An. 329; 21 An. 118; 20 An. 174; 12 An. 341; 3 An. 222; 8 R. 123; 4 N. S. 88.

3. Where the furnisher of supplies sequesters the cotton of his debtor, and the latter bonds it, with his lessor as surety, the surety when sued on the bond cannot set up that he had a privilege on the cotton superior to plaintiff's; he should have asserted his privilege by provisional seizure or by intervention in the sequestration suit before the property was bonded. 11 An. 528.

4. The expenses of the surety in gathering and preparing the cotton for market after its release should be deducted from its proceeds chargeable to him.

---

### R. M. WALMSLEY & CO. VS. MRS. S. A. NICHOLS AND HUSBAND.

E. C. MONTGOMERY, J., *ad hoc.* Where citation issues directed to both husband and wife, and the sheriff's return shows that he made service at the domicile of the wife, she being absent at the time, but does not state that the husband was absent, held: Such a return and such service will not authorize a default to be made final against the wife without an order of the Court authorizing her to stand in judgment.

2. Where a note sued on is signed by an agent, the introduction of the note does not prove defendant's liability thereon; the agent's authority to sign must be alleged and proved. 23 An. 274.

3. A verbal acknowledgment of a debt by a wife, out of the presence and without the authorization of her husband, does not bind her.